WALTER M. McKINNEY, an Infant, etc., Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

(Argued January 14, 1890; decided January 28, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made on the second Monday of May, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*E. B. Hinsdale* for appellant.

*J. Stewart Ross* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

ROSE ACKER, Appellant, *v.* THE TOWN OF NEW CASTLE, Respondent.

(Argued January 28, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 14, 1888, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*John Gibney* for appellant.

*Odle Close* for respondent.

Dismissed on argument.